IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNIE STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV46 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMEOUT FOODS, LLC, STEVEN MERCER, JOHN DOES 1 and 2, INCLUSIVE, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's notices to dismiss (Filing No. 22 and Filing No. 23) and defendants' consent to dismissal with prejudice (Filing No. 24), which states defendants stipulate to plaintiff's dismissal. The Court finds this action should be dismissed with prejudice. Accordingly,

IT IS ORDERED that this action is dismissed with prejudice.

DATED this 29th day of June, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court